# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 17, 2017

Stephen J. Markman,
Chief Justice

154442

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

ALI BAZZI,
      Plaintiff-Appellant,

and

GENEX PHYSICAL THERAPY, INC. and
ELITE CHIROPRACTIC CENTER, PC,
      Intervening Plaintiffs-Appellants,

and

TRANSMEDIC, LLC,
      Intervening Plaintiff-Appellee,

v

SENTINEL INSURANCE COMPANY,
      Defendant/Third-Party
      Plaintiff-Appellee,

and

CITIZENS INSURANCE COMPANY,
      Defendant-Appellee,

and

HALA BAYDOUN BAZZI
and MARIAM BAZZI,
      Third-Party Defendants-Appellees.

SC: 154442
COA: 320518
Wayne CC: 13-000659-NF

_____/

On order of the Court, the application for leave to appeal the June 14, 2016 judgment of the Court of Appeals is considered, and it is GRANTED.

The Coalition Protecting Auto No-Fault, the Insurance Alliance of Michigan, and the Michigan Association for Justice, are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2017



a0510

Clerk